UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE II,

    Plaintiff,

v.                                                 4:12cv369-WS

MORRIS YOUNG, as SHERIFF of
GADSDEN COUNTY, FLORIDA, and
in his individual capacity, and FORMER
DEPUTY DERIC MORDICA, individually,

    Defendants.

_____

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 25).  The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

    1.  The parties' proposed alternative discovery schedule is hereby ADOPTED.

    2.  All discovery shall be commenced in time to be completed by September 20, 2013.

    3.  Potentially dispositive motions, if any, shall be filed by October 11, 2013.

    4.  Plaintiff's counsel shall advise the court on or before September 20, 2013, whether and when the parties will attend mediation.

    DONE AND ORDERED this <u>   29th   </u> day of <u>    April    </u>, 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE